

## MACIAS GINI & O'CONNELL LLP

CERTIFIED PUBLIC ACCOUNTANTS & MANAGEMENT CONSULTANTS

COPY

Sacramento, CA

Walnut Creek, CA

Los Angeles, CA

San Diego, CA

July 19, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

RE:   Honorable Frank C. Damrell, Jr.
        Calendar year 2006 filing

The above referenced judge has asked us to correspond with you regarding the enclosed letter. The letter states that the value code for the Bank of America acquisition was missing from the original financial disclosure report. The value code should be "M". Please accept this letter as an amendment to the report.

Sincerely,

Macias Gini & O'Connell



Denise J. Mazzucca
Director

cc:  Honorable Frank C. Damrell, Jr.

*An Independent Member of the BDO Seidman Alliance*

Received at: 9:02AM, 8/1/2007



## MACIAS GINI & O'CONNELL LLP
### CERTIFIED PUBLIC ACCOUNTANTS & MANAGEMENT CONSULTANTS

Sacramento, CA

Walnut Creek, CA

Los Angeles, CA

San Diego, CA

FINANCIAL DISCLOSURE OFFICE

2007 JUL 30 A 11: 01

RECEIVED

July 19, 2007

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E., Suite 2-301
Washington, DC 20544

RE:　Honorable Frank C. Damrell, Jr.
　　　Calendar year 2006 filing

The above referenced judge has asked us to correspond with you regarding the enclosed letter. The letter states that the value code for the Bank of America acquisition was missing from the original financial disclosure report. The value code should be "M". Please accept this letter as an amendment to the report.

Sincerely,

Macias Gini & O'Connell

Director

July 31, 2007
Date

United States District Judge

An Independent Member of the BDO Seidman Alliance

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>DAMRELL, JR., FRANK C | 2. Court or Organization<br><br>USDC EASTERN DISTRICT OF CALIF | 3. Date of Report<br><br>05/02/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>CHAMBERS OR OFFICE ADDRESS<br>501 I STREET, SUITE 15-210<br>SACRAMENTO, CA 95814 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 10 A 11: 19 RECEIVED FINANCIAL DISCLOSURE OFFICE

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| DAMRELL, JR., FRANK C | 05/02/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 05/02/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 05/02/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ALLIANCEBERNSTEIN HLDG LP | B | Int./Div. | K | T | Reinvest div | 2006 | J | | |
| 2. CBL & ASSOC PPTYS INC | A | Dividend | J | T | Reinvest div | 2006 | J | | |
| 3. HEALTH CARE PROPERTY INVS INC. | A | Dividend | J | T | Reinvest div | 2006 | J | | |
| 4. KINDER MORGAN ENERGY PRTNRS LP | A | Int./Div. | J | T | Reinvest div | 2006 | J | | |
| 5. NATIONWIDE HEALTH PPTYS INC. | A | Dividend | J | T | Reinvest div | 2006 | J | | |
| 6. SIMON PPTYS GROUP INC NEW | A | Dividend | J | T | Reinvest div | 2006 | J | | |
| 7. COHEN & STEERS ADVANTAGE INCOME REALTY FUND INC | B | Dividend | J | T | Reinvest div | 2006 | J | | |
| 8. CORTS FOR GREAT WEST FIN TR | B | Dividend | K | T | | | | | |
| 9. CORTS-GS CAP I TR 6% SER II | A | Dividend | J | T | | | | | |
| 10. WELLS FARGO CAP 5.625% CAP TRUSE IX | A | Dividend | J | T | | | | | |
| 11. CALAMOS GROWTH AND INCOME FUND | B | Dividend | K | T | Sold 17 shrs | 01/25 | J | A | |
| 12. MAINSTAY HIGH YIELD CORPORATE BOND FD CL A | B | Dividend | K | T | Reinvest div | 2006 | J | | |
| 13. PIMCO REAL RETURN FUND CL A | A | Dividend | K | T | Sold 1011 sh | 1122 | J | A | |
| 14. CALAMOS GROWTH FD CL A | A | Dividend | J | T | Reinvest div | 2006 | J | | |
| 15. SMITH BARNEY CITIGROUP - BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 16. BANK OF AMERICA | C | Interest | M | T | Buy | 2006 | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DAMRELL, JR., FRANK C | 05/02/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date ⟋ 5/9/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544